**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY A. MOORE,<br><br>     Plaintiff,<br>  v.<br><br>COUNTY OF LOS ANGELES,  PETER BLISS, PAM BOOTH, JACQUELYN LACEY, JOHN SPILLANE, and JULIE DIXON SILVA,<br><br>     Defendants. | Case No. 2:10-cv-07694-ODW(SS)<br><br>**JUDGMENT** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

After consideration of the parties' papers and evidence submitted for Defendant County of Los Angeles's Motion for Summary Judgment (ECF No. 50), **IT IS HEREBY ORDERED** that:

1.    Plaintiff Jeremy A. Moore takes nothing;

2.    Judgment for Defendant County of Los Angeles;

3.    The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 20, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**