JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEREMY A. MOORE,

                Plaintiff,

     v.

COUNTY OF LOS ANGELES,  PETER BLISS, PAM BOOTH, JACQUELYN LACEY, JOHN SPILLANE, and JULIE DIXON SILVA,

                Defendants.

Case No. 2:10-cv-07694-ODW(SS)

**JUDGMENT**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

After consideration of the parties' papers and evidence submitted for Defendant County of Los Angeles's Motion for Summary Judgment (ECF No. 50), **IT IS HEREBY ORDERED** that:

1.    Plaintiff Jeremy A. Moore takes nothing;

2.    Judgment for Defendant County of Los Angeles;

3.    The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 20, 2012

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**